UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEL J. HILL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 99-3346 (TPJ) |
| ) | |
| REPUBLIC OF IRAQ, et al. ) | **FILED** |
| ) | |
| Defendants. ) | MAY 1 2001 |
| ) | |
| | NANCY MAYER-WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## ORDER

Upon consideration of plaintiffs' motions to join additional plaintiffs and defendants' lack of response thereto, and in accordance with the proceedings in open court at the status conference of April 30, 2001, it is, this /st day of May, 2001,

ORDERED, that plaintiff's three motions to join additional plaintiffs [34], [36], [37], dated January 31, 2001, April 10, 2001, and April 24, 2001, are granted.

_____
Thomas Penfield Jackson
U.S. District Judge

#38
(N)