UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|   |   |
|---|---|
| Mel J. and Vivian C. Hill, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civ. Action No. 1:99CV03346 (TPJ) |
| v. ) | |
| ) | |
| Republic of Iraq and Saddam Hussein in his official ) | |
| capacity as President of the Republic of Iraq, ) | **FILED** |
| Defendants. ) | |
| ) | MAY 2 4 2001 |
|   | NANCY MAYER WHITTINGTON, CLERK |
|   | U.S. DISTRICT COURT |

### ORDER

UPON CONSIDERATION and in view of the proceedings in open court at the status conference of April 30, 2001, and this Court's order of May 1, 2001 granting plaintiffs' three motions to join additional plaintiffs [34], [36] and [37], dated January 31, 2001, April 10, 2001, and April 24, 2001, and the entire record herein, it is on this 24th day of May, 2001, hereby, ORDERED that:

1. Additional parties may be joined in this action as plaintiffs by filing a motion to join, pursuant to Fed. R. Civ. R. Civ. P. 21, together with a declaration containing the following information about each person who seeks to be joined, which shall include, at a minimum, the following: (a) the permanent place of residence of the person to be joined; (b) a statement that either he/she or his/her spouse was at the time of the Iraqi invasion of Kuwait on August 2, 1990 an American citizen who was physically present in the Republic of Iraq or the State of Kuwait; (c) a statement that he/she or his/her spouse was subsequently taken hostage by defendants; and (d) the date upon which he/she or his/her spouse was released from detention.

#39 (N)

2. Any motion of a person to join this action that is accompanied by a declaration containing the information set forth in paragraph 1 above shall be deemed granted as of ten days of the date on which it is filed, unless such motion is opposed by any of the parties to this action, in which case it will be decided by the Court in due course following the deadline for submission of a reply by the moving party.

3. A date for an evidentiary hearing addressing the issue of liability and, in the case of any plaintiff who presents testimony in open court, the issue of damages will be set at the status hearing, scheduled to take place on June 29, 2001.

Thomas Penfield Jackson
United States District Judge